# In the United States Court of Federal Claims

**No. 06-916L**
**(Filed: July 2, 2007)**

* * * * * * * * * * * * * * * * * *
*
**STILLAGUAMISH TRIBE** *
**OF INDIANS,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER

The parties' joint motion, filed June 29, 2007, for a six month enlargement of the temporary stay of litigation in the above-captioned case so that the parties may continue settlement discussions is **GRANTED**. Accordingly, the case is **STAYED** until **Wednesday, December 26, 2007**. Unless significant progress is made towards a final resolution the parties should be prepared to move forward with this litigation at the conclusion of the temporary stay.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge