IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STILLAGUAMISH TRIBE OF INDIANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 06-cv-00916-NBF |
| | ) | Judge Nancy B. Firestone |
| THE UNITED STATES OF AMERICA, | ) | **Electronically filed November 6, 2007** |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL**

To the Clerk of this Court and all parties of record:

Defendant hereby gives notice of the withdrawal of Jennifer L. Allaire as co-counsel, and the substitution of Jason M. Bruno as co-counsel for the Defendant in this matter. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Defendant by service upon Mr. Bruno in substitution for Ms. Allaire at the address indicated below:

Jason M. Bruno
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0434
Facsimile: (202) 353-2021
E-mail: Jason.Bruno@usdoj.gov

Express Delivery:

601 D. Street, N.W.
Room 3207
Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Anthony P. Hoang, co-counsel for the Defendant.

Respectfully submitted this 6th day of November, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General

/s/ *Jason M. Bruno*
JASON M. BRUNO, DC Bar # 29130
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0434
Fax: 202-353-2021
Jason.Bruno@usdoj.gov

Attorney for Defendant

OF COUNSEL:

ANTHONY P. HOANG, FL Bar # 798193
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0241
Fax: 202-353-2021

GLADY ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL** was served on November 6, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

*/s/ Jason M. Bruno*
JASON M. BRUNO