# In the United States Court of Federal Claims

**No. 06-916L**
**(Filed: January 8, 2008)**

* * * * * * * * * * * * * * * * *
**STILLAGUAMISH TRIBE OF INDIANS,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

The court hereby **SCHEDULES** a status conference for **Friday, January 11, 2008 at 2:30 pm eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (310) 552-3800; counsel for defendant at (202) 305-0450.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge