IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STILLAGUAMISH TRIBE OF INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 1:06-00916L<br>Judge Nancy B. Firestone |

**<u>PARTIES' SUPPLEMENTAL JOINT STATUS REPORT</u>**

The parties jointly and respectfully submit the following supplement to their joint status report dated July 3, 2008 (Docket ("Dkt.") 20):

1. As this Court is aware, Plaintiff has filed this case and a companion case in the United States District Court for the District of Columbia (D.C.), asserting claims against Defendant (namely, the United States Departments of the Interior and of the Treasury) relating to various trust accounting and trust management duties and responsibilities allegedly owed by Defendant to Plaintiff. Plaintiff is represented by counsel, who also represents 15 other Tribes or Indian entities that have filed lawsuits in this Court and the United States District Court for D.C., asserting essentially the same types of trust accounting and trust mismanagement claims against Defendant. Plaintiff's attorney, Brian Leinbach, and his co-counsel are currently maintaining a total of 31 trust accounting and trust mismanagement cases in this Court (15 cases)[1] and the United States

[1] The trust accounting and trust mismanagement cases in this Court are <u>Cheyenne River Sioux Tribe v. United States</u>, No. 06-cv-00915-NBF; <u>Confederated Tribes of the Goshute Reservation v. United States</u>, No. 06-cv-00912-EGB; <u>Crow Creek Sioux Tribe v. United States</u>, No. 05-cv-1383L-MCW; <u>Iowa Tribe of Kansas and Nebraska v. United States</u>, No. 06-cv-00920-EJD; <u>Lower Brule Sioux Tribe v. United States</u>, No. 06-cv-

District Court (16 cases),[2] on behalf of Plaintiff and the 15 other Tribes or Indian entities ("Leinbach Tribes" or "Leinbach cases").

2. Pursuant to the Court's direction, Dkt. 19, the parties and their counsel have considered and discussed whether consolidation of the Leinbach cases in this Court under Rule 40.2(b) of the Rules of the Court of Federal Claims would be beneficial. Based on their consideration and discussion, they state that they do not believe that consolidation would be beneficial at this juncture.

3. As explained in detail in the July 3, 2008, joint status report, the parties are using a global consolidated or comprehensive approach for addressing the settlement

---

00922-LB; Muscogee (Creek) Nation of Oklahoma v. United States, No. 06-cv-00918-JFM; Northwest Band of Shoshone Indians v. United States, No. 06-cv-00914-LB; Oglala Sioux Tribe v. United States, No. 05-cv-1378L; Omaha Tribe of Nebraska v. United States, No. 06-cv-00911-MBH; Prairie Band of Potawatomi Indians v. United States, No. 06-cv-00921-LJB; Red Cliff Band of Lake Superior Indians v. United States, No. 06-cv-00923-JPW; Rosebud Sioux Tribe v. United States, No. 06-cv-00924-EGB; Stillaguamish Tribe of Indians v. United States, No. 06-cv-00916-NBF; Winnebago Tribe of Nebraska v. United States, No. 06-cv-00913-MMS; and Wyandot Nation of Kansas v. United States, No. 06-cv-00919-LMB.

On June 23, 2008, Judge Lettow dismissed Eastern Shawnee Tribe of Oklahoma v. United States, No. 06-cv-00917-CFL, without prejudice.

[2] The trust accounting and trust mismanagement cases in the United States District Court for D.C. are Cheyenne River Sioux Tribe v. Kempthorne, No. 1:06-cv-01897-JR; Confederated Tribes of the Goshute Reservation v. Kempthorne, No. 1:06-cv-01902-JR; Crow Creek Sioux Tribe v. Kempthorne, No. 1:06-cv-00900-JR; Eastern Shawnee Tribe of Oklahoma v. Kempthorne, No. 1:06-cv-02162-JR; Iowa Tribe of Kansas and Nebraska v. Kempthorne, No. 1:06-cv-01899-JR; Lower Brule Sioux Tribe v. Kempthorne, No. 1:05-cv-02495-JR; Muscogee (Creek) Nation of Oklahoma v. Kempthorne, No. 1:06-cv-02161-JR; Northwest Band of Shoshone Indians v. Kempthorne, No. 1:06-cv-02163-JR; Oglala Sioux Tribe v. Kempthorne, No. 1:04cv01126-JR; Omaha Tribe of Nebraska v. Kempthorne, No. 1:04cv00901-JR; Prairie Band of Potawatomi Indians v. Kempthorne, No. 1:05cv02496-JR; Red Cliff Band of Lake Superior Indians v. Kempthorne, No. 1:06-cv-02164-JR; Rosebud Sioux Tribe v. Kempthorne, No. 1:05-cv-02492-JR; Stillaguamish Tribe of Indians v. Kempthorne, No. 1:06-cv-01898-JR; Winnebago Tribe of Nebraska v. Kempthorne, No. 1:05cv02493-JR; and Wyandot Nation of Kansas v. Kempthorne, No. 1:05cv02491-JR.

or alternative dispute resolution (ADR) of all of the Leinbach cases filed not only in this Court but also in the United States District Court. Further, the parties have been able to request and obtain from this Court and the United States District Court the requisite temporary stays of litigation, so that they can have the latitude and focus their attention and limited resources to resolving the trust accounting and trust mismanagement claims of Plaintiff and the 15 other Tribes, through the comprehensive settlement or ADR effort. The parties propose to continue and complete their global settlement or ADR effort, so long as the global effort is proceeding in a productive and constructive manner and the parties are able to obtain the appropriate relief from this Court and the United States District Court, including the temporary stays of litigation, to enable and effectuate their work.

4. The parties respectfully reserve the option to revisit the issue in the future and inform the Court, if one or both of the parties should change its or their position on the issue.

Respectfully submitted this 21st day of July, 2008,

*s/ Brian J. Leinbach, by*
*s/ Jason Bruno, pursuant to*
*written authorization on July 18, 2008*
BRIAN J. LEINBACH
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
P.O. Box 663
Tel: (310) 552-3800
Fax: (310) 552-9434
Email: bleinbach@elllaw.com

Attorney of Record for Plaintiff

RONALD J. TENPAS
Assistant Attorney General

*s/ Jason Bruno*
JASON BRUNO
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0245
Fax: (202) 353-2021
Email: jason.bruno@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

GREGORY A. YATES
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Tel: (310) 858-6944
Fax: (818) 905-7038

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Email: anthony.hoang@usdoj.gov

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

THOMAS KEARNS
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227