IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STILLAGUAMISH TRIBE OF INDIANS | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:06-00916L |
| | ) | Judge Nancy B. Firestone |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for leave to file supplemental joint status report out of time. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that:

1. The parties' joint motion should be and hereby is GRANTED;
2. The parties' supplemental joint status report shall be accepted.

SO ORDERED.

Date: ___________________

___________________________________
HON. NANCY B. FIRESTONE
United States Court of Federal Claims Judge